PATRICK G. THURMOND, CSR, RPR
Official Court Reporter
173rd Judicial District Court
Athens, Texas 75751
903/675-6156
thurmond1420@gmail.com



May 18, 2015

MS. CATHY S. LUSK
Clerk of the Court
Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

IN RE: Filing of Reporter's Record in Case No. 12-15-00081-CR, Joshua Paul Calhoun v. The State of Texas.

Dear Ms. Lusk:

The Reporter's Record in the above-referenced case has been filed electronically this date and confirmation of receipt received (Trace No. 2916).

State's Exhibit No. 20, a surveillance video, could not be converted from its unknown format; therefore, I am enclosing a copy of the disc admitted at trial.

Please contact me if you have any questions.

Sincerely,

Patrick G. Thurmond, CSR, RPR

Enclosure

CC:     Hon. Nancy Rumar
        Hon. Leslie Dixon